# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 13, 2007

Charles R. Fulbruge III
Clerk

No. 05-40720
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RANDALL THOMAS CLARK; GINGER LYNN EGAN; STEVE MARTIN

Defendants-Appellants

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:04-CR-103-3

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ginger Lynn Egan has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Egan has not filed a response. The record is insufficiently developed to allow consideration at this time of any claims of ineffective assistance of counsel. See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.